# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143102 & (23)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BAHRI M. NAKASH, a/k/a Ben Nakash, and
OAKMAN INVESTMENT, LLC,
        Plaintiffs-Appellees,

v

NASIR KHAN, d/b/a Complete Physical
Therapy and Rehab and SEEMAB KHAN,
        Defendants-Appellants.
_____/

SC: 143102
COA: 299802
Oakland CC: 2009-101195-CK

       On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

h0919